# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>SAUD AHMED;<br>APRIL AHMED;<br>CAN DO FAMILY, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 5:15-CV-01596-JGB-DTB<br><br>**ORDER** |

### ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 17, 2016

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal          Case: 5:15-CV-01596-JGB-DTB